IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Medicine Shoppe International, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) 4:02-CV-01918-HEA |
| F. Martin Bledsoe, David D. Kinard, M.D.K. Enterprises, Inc., | ) |
| Defendants. | ) |

## ORDER TO RELEASE BOND

Upon consideration of Plaintiff's Motion to Recover Bond by this Court:

IT IS HEREBY ORDERED that Plaintiff's Motion to Recover Bond is GRANTED;

IT IS FURTHER ORDERED that the Office of the Clerk shall remit a check payable to Medicine Shoppe International, Inc., 1 Rider Trail Plaza, Suite 300, Earth City, MO 63045 in the amount of $2,000.00 from the Registry of the Court.

Date: 5·22·07

SO ORDERED:

_____
Judge